1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  JULIE BIBB DAVIS (CABN 184957)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7066
7      FAX: (415) 436-6748
       Julie.Davis@usdoj.gov
8
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>　　　Defendant. | CASE NO. 18-01539 LB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>FREEDOM OF INFORMATION ACT<br><br>5 U.S.C. § 552 |

1 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that Plaintiff and Defendant, by and through their undersigned
3 counsel, are pleased to report that this action has been settled in its entirety. The parties request that all
4 scheduled deadlines and events be vacated, and that the Court set a Settlement Status Conference in
5 approximately 120 days. The parties expect to have a fully-executed settlement agreement prior to that
6 time, and will so notify the Court and file a joint notice of dismissal.

7 IT IS SO STIPULATED.

10 DATED: December 20, 2018 By: /s/ *Vasudha Talla*
11 VASUDHA TALLA
Attorney for Plaintiff

12 DATED: December 20, 2018 ALEX G. TSE
13 United States Attorney

14 By: /s/ *Julie Bibb Davis*
15 JULIE BIBB DAVIS
Assistant United States Attorney
16 Attorneys for Defendant

JOINT NOTICE OF SETTLEMENT
CASE NO: 18-01539 LB