1  ALEX G. TSE (CABN 152348)
   United States Attorney

2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  JULIE BIBB DAVIS (CABN 184957)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7066
7     FAX: (415) 436-6748
      Julie.Davis@usdoj.gov
8
   Attorneys for Defendant
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | CASE NO. 18-01539 LB |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | FREEDOM OF INFORMATION ACT |
| TRANSPORTATION SECURITY ADMINISTRATION, | 5 U.S.C. § 552 |
| Defendant. | |

JOINT NOTICE OF SETTLEMENT
CASE NO: 18-01539 LB

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff and Defendant, by and through their undersigned counsel, are pleased to report that this action has been settled in its entirety. The parties request that all scheduled deadlines and events be vacated, and that the Court set a Settlement Status Conference in approximately 120 days. The parties expect to have a fully-executed settlement agreement prior to that time, and will so notify the Court and file a joint notice of dismissal.

    IT IS SO STIPULATED.

DATED: December 20, 2018    By:    /s/ *Vasudha Talla*
    VASUDHA TALLA
    Attorney for Plaintiff

DATED: December 20, 2018    ALEX G. TSE
    United States Attorney

    By:    /s/ *Julie Bibb Davis*
    JULIE BIBB DAVIS
    Assistant United States Attorney
    Attorneys for Defendant



APPROVED
Judge Laurel Beeler

JOINT NOTICE OF SETTLEMENT
CASE NO: 18-01539 LB