ALEX G. TSE (CABN 152348 )
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

JULIE BIBB DAVIS  (CABN 184957)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7066
    FAX: (415) 436-6748
    Julie.Davis@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>    Defendant. | CASE NO. 18-01539 LB<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**<br><br>FREEDOM OF INFORMATION ACT<br><br>5 U.S.C. § 552 |

In consideration of the terms set forth in this Settlement Agreement and the covenants and conditions contained herein (the "Agreement"), Plaintiff American Civil Liberties Union of Northern California ("Plaintiff") and Defendant Transportation Security Administration ("Defendant"), who are collectively referred to herein as "the Parties," by and through their undersigned counsel, hereby enter into this Stipulation of Settlement and Dismissal With Prejudice ("Stipulation"), and agree to settle and compromise the above-captioned matter under the following terms and conditions:

1. Defendant shall pay five thousand U.S. dollars (USD $5,000.00) to Plaintiff in full and complete satisfaction of Plaintiff's claim for attorneys' fees and costs under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, in this case. Plaintiff and Plaintiff's counsel agree to cooperate with Defendant's counsel in promptly providing the information needed for requesting payment and transmission of funds. This payment shall constitute full and final satisfaction of all of Plaintiff's claims for attorneys' fees, costs, and litigation expenses in this case, and is inclusive of any interest. Payment of this money will be made by electronic funds transfer or check promptly after entry of this Stipulation on the Court's docket and receipt of necessary information from Plaintiff in order to effectuate the payment.

2. Upon the execution of this Stipulation, Plaintiff, having received the records it requested, hereby releases and forever discharges Defendant, its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiff asserts or could have asserted in this case, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the FOIA request on which this action is based, including but not limited to all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned matter.

3. Execution of this Stipulation by counsel for Plaintiff and counsel for Defendant shall constitute dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

4. The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not

1 be construed as evidence or as an admission on the part of Defendant, the United States of America, its
2 agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of
3 any allegation or claim raised in this action, or as evidence or as an admission by the Defendant
4 regarding Plaintiff's entitlement to attorneys' fees, costs, or other litigation expenses under FOIA.  This
5 Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or
6 proceeding involving Defendant.

7      5.     This Stipulation is binding upon and inures to the benefit of the parties hereto and their
8 respective successors and assigns.

9      6.     If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the
10 validity, legality, and enforceability of the remaining provisions shall not in any way be affected or
11 impaired thereby.

12      7.     This Stipulation shall constitute the entire agreement between the parties, and it is
13 expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the
14 parties hereto.  The parties further acknowledge that no warranties or representations have been made on
15 any subject other than as set forth in this Stipulation.

16      8.     The persons signing this Stipulation warrant and represent that they possess full authority
17 to bind the persons on whose behalf they are signing to the terms of the Stipulation.

18      9.     This Stipulation may not be altered, modified or otherwise changed in any respect except
19 in writing, duly executed by all of the parties or their authorized representatives.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE
C 18-01539 LB

10. The Stipulation may be executed in counterparts and is effective on the date by which both parties have executed the Stipulation.

SO STIPULATED AND AGREED.

Dated: January 2, 2019

/s/ *Vasudha Talla*
Vasudha Talla
American Civil Liberties Union
Foundation of Northern California
Attorneys for Plaintiff

Dated: January 2, 2019

ALEX G. TSE
Acting United States Attorney

/s/ *Julie Bibb Davis*
JULIE BIBB DAVIS
Assistant United States Attorney
Attorneys for Defendant

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Vasudha Talla, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.